192 So. 911

**Joe BRAGG v. STATE.**

7 Div. 506.

Court of Appeals of Alabama.

Nov. 28, 1939.

E. W. Harmon, of Anniston, for appellant.

Thos. S. Lawson, Atty. Gen., for the State.

RICE, Judge.

Affirmed.

192 So. 911

**Annie Ruth BRETT, Adm'x, v. Charles A. DEAN.**

5 Div. 89.

Court of Appeals of Alabama.

Nov. 23, 1939.

J. J. Cockrell, of Talladega, for appellant.

Richard H. Cocke, of Alexander City, for appellee.

PER CURIAM.

Appeal dismissed for want of prosecution.

191 So. 926

**George BROADUS v. STATE.**

1 Div. 351.

Court of Appeals of Alabama.

Oct. 3, 1939.

Thos. S. Lawson, Atty. Gen., for the State.

BRICKEN, Presiding Judge.

Appeal dismissed on motion of appellant.

191 So. 926

**Leslie BROADUS v. STATE.**

1 Div. 350.

Court of Appeals of Alabama.

Oct. 3, 1939.

Thos. S. Lawson, Atty. Gen., for the State.

BRICKEN, Presiding Judge.

Appeal dismissed on motion of appellant.

196 So. 899

**Cy BROCK, alias Key, v. STATE.**

8 Div. 962.

Court of Appeals of Alabama.

June 4, 1940.

Thos. S. Lawson, Atty. Gen., for the State.

SIMPSON, Judge.

Appeal dismissed.

192 So. 911

**Gus BROWN v. CITY OF TUSCALOOSA.**

6 Div. 583.

Court of Appeals of Alabama.

Dec. 1, 1939.

PER CURIAM.

Appeal dismissed for want of prosecution.